

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 2-07-378-CV

WALLY YAMMINE                                                                          APPELLANT

V.

CITIBANK (SOUTH DAKOTA) N.A.                                                           APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On April 4, 2008, we granted "Appellant's Motion For Extension Of Time." We ordered that appellant, Wally Yammine, file his second amended brief by Tuesday, June 3, 2008, and that we would grant no further extensions. We have not received appellant's second amended brief.

Because appellant's second amended brief has not been filed, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

---

[1] *See* TEX. R. APP. P. 47.4.

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL D:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  June 19, 2008